company, and that even if in the employ of both parties he was engaged in new construction work and not in interstate commerce under the authority of *Raymond v. Chicago, Milwaukee & St. Paul R. Co.* (243 U. S. 44).

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim under the Workmen's Compensation Law of STOINA PUSTINJA and Two Minor Children, Appellants, v. DONNER STEEL COMPANY, Employer, Respondent. — Decision unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of Mrs. G. I. ELDRIDGE, Appellant, for Compensation for Herself and Children on Account of the Death of WILLIAM ELDRIDGE, under the Workmen's Compensation Law, v. ENDICOTT, JOHNSON & COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Respondents.— Decision unanimously affirmed, without costs.

NEVERSINK RIVER TELEPHONE COMPANY, a Corporation, Respondent, v. MURRAY ELECTRIC LIGHT AND POWER COMPANY, a Corporation, Appellant.— Judgment and order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK TREANOR, Appellant.— Judgment of conviction unanimously affirmed.

DORA RANALLY, Respondent, v. BLAZEJ DABROWSKY, Appellant.— Judgment unanimously affirmed, with costs.

CHARLES W. RISHEL, Respondent, v. ANTONIO ERRIGO and Others, Defendants, Impleaded with VERE H. MULTER, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements, with leave to the appellant, Vere H. Multer, to serve an answer within twenty days, on payment of said costs and of the costs allowed in the order appealed from.

CHARLES W. RISHEL, Respondent, v. VERE H. MULTER and Others, Defendants, Impleaded with JOSEPH D. TEDESCHI Co., INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements, with leave to the appellant, Joseph D. Tedeschi Co., Inc., to serve an answer within twenty days, on payment of said costs and of the costs allowed in the order appealed from.

STARR PIANO COMPANY, in Behalf of Itself and All Other Creditors of MICHAEL A. SAMMAK, Appellant, v. MICHAEL A. SAMMAK and SAMMAK PIANO COMPANY, INC. Respondents — Judgment unanimously affirmed, with costs.

JOHN SOHMER, Respondent, v. UNITED TRACTION COMPANY, Appellant.— Judgment and order reversed and a new trial granted, with costs to the appellant to abide the event, on the ground that the jury should have been charged, as requested, that they were not at liberty to find that the defendant's motorman was incompetent and unable to properly perform his duty, the issue being not general incompetency, but the manner in which he performed his duty on the occasion of the accident, under the authority of *Gorman v. New York, Chicago & St. Louis R. R. Co.* (194 N. Y. 488, 493) and *Warner v. New York Central R. R. Co.* (44 id. 465, 471). All concur.

FLORENCE SMITH, Respondent, v. TOWN OF CHEMUNG, Appellant. STEPHEN SMITH, Respondent, v. TOWN OF CHEMUNG, Appellant.— Judgments and orders unanimously affirmed, with costs.

JENNIE SHERLOCK, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion granted, and case set down for argument May twelfth, at ten o'clock in the forenoon.